# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SCOTT SMITH

       Plaintiff,

v.                                             Case No. 11-10363

CITY OF DAVISON,

       Defendant.

_____/

## ORDER SETTING TELEPHONE CONFERENCE

On February 22, 2011, the court held a scheduling conference with counsel for Plaintiff and Defendant by telephone, during which the court directed Plaintiff's attorney F. Anthony Lubkin to utilize the electronic case filing (ECF) system. Local Rule 5.1.1 requires all papers filed after November 30, 2005, to be filed using the ECF system and pursuant to the rules set forth in the ECF Appendix to the Local Rules. E.D. Mich. LR 5.1.1(a). As Lubkin has not yet completed ECF registration, the court will hold a conference to discuss his status as counsel. Accordingly,

IT IS ORDERED counsel will participate in a telephone status conference on **March 22, 2011, at 10:00 a.m.** The court will initiate the call. Counsel are DIRECTED to contact the court no later than **March 17, 2011**, to verify their telephone numbers. Lubkin is further DIRECTED to notify the court immediately if registration is completed prior to the conference date, upon which notice the court will cancel the conference.

                                                       s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: March 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 14, 2011, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522